**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1719**

ADEL M. ABDELHAMID,

        Plaintiff - Appellant,

        v.

CARLOS DEL TORO, Secretary of the Navy,

        Defendant - Appellee,

        and

OMAR R. LOPEZ, Director; NAVAL CRIMINAL INVESTIGATIVE SERVICE,
Agency; U.S. DEPARTMENT OF THE NAVY, Agency,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cv-00408-LMB-TCB)

Submitted:  April 3, 2023                     Decided:  May 12, 2023

Before DIAZ and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Ellen K. Renaud, ALAN LESCHT AND ASSOCIATES, PC, Washington,
D.C., for Appellant.  Jessica D. Aber, United States Attorney, Meghan Loftus, Assistant

United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adel M. Abdelhamid appeals the district court's order granting summary judgment to the Secretary of the United States Department of the Navy in Abdelhamid's civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, in which he raised claims of discrimination, retaliation, and hostile work environment. Abdelhamid also appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abdelhamid v. Sec'y of the Navy*, No. 1:20-cv-00408-LMB-TCB (E.D. Va. Mar. 12, 2021; Apr. 27, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*